UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiff,

-against-

SUSSEX GREAT NECK LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/2019

19 Civ. 6726 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the case management conference scheduled for February 5, 2020 is ADJOURNED to **February 6, 2020** at **1:00 p.m.** By **January 30, 2020**, the parties shall submit their joint status letter.

    SO ORDERED.

Dated: December 23, 2019
       New York, New York

                      ANALISA TORRES
                      United States District Judge