UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiff,

-against-

SUSSEX GREAT NECK LLC,

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/24/2020_

19 Civ. 6726 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the case management conference scheduled for February 6, 2020 is ADJOURNED to **March 5, 2020** at **10:40 a.m.** By **February 27, 2020**, the parties shall submit their joint status letter.

    SO ORDERED.

Dated: January 24, 2020
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge